UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL A. MARTINEZ,<br><br>           Plaintiff,<br><br>v.<br><br>RICHARD A. CUMMO & ASSOC.,<br><br>           Defendant. | CASE NO. 1:15-cv-00948-MJS<br><br>ORDER DESIGNATING CASE AS A PRISONER CASE<br><br>(ECF No. 1) |

The Court has reviewed Plaintiff's Complaint and determined that Plaintiff is a state prisoner proceeding *pro se* in this civil rights action brought pursuant to 42 U.S.C. § 1983. (ECF No. 1.) Plaintiff's case should be designated as a prisoner case ("PC") for docketing purposes.

Accordingly, it is HEREBY ORDERED that the Clerk of Court should designate this case "PC".

IT IS SO ORDERED.

Dated:   October 15, 2015             /s/ *Michael J. Seng*
                                      UNITED STATES MAGISTRATE JUDGE